UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOHN M. DEWEY, PATRICK DEMARTINO, PATRICIA ROMEO, On Behalf of Themselves and All Others Similarly Situated, | : | |
| Plaintiffs, | : | Civil Action No. 07-2249 (FSH) |
| v. | : | |
| VOLKSWAGEN OF AMERICA, INC. and VOLKSWAGEN OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | : | |
| Defendants. | : | |
| JACQUELIN DELGUERCIO | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. 07-2361(FSH) |
| VOLKSWAGEN OF AMERICA | : | |
| Defendant | : | |

**ORDER ON INFORMAL APPLICATION**

This matter having come before the Court by way of submission dated January 24, 2008, regarding the entry of a discovery confidentiality order; and the Court having conducted a telephone conference on the record on January 31, 2008; and the Court having considered the submission, arguments, and representations of the parties; and for the reasons set forth on the record on January 31, 2008; and for good cause shown,

IT IS ON THIS 31st day of January, 2008

ORDERED that the request to enter a discovery confidentiality order is denied without prejudice;

IT IS FURTHER ORDERED that a single discovery confidentiality order shall be entered in these cases;

IT IS FURTHER ORDERED that no later than **February 14, 2008**, the defendant shall provide plaintiffs with the certification required by Local Civ. R. 5.3 and a revised proposed discovery confidentiality order;

IT IS FURTHER ORDERED that, no later than **February 25, 2008**, the parties shall submit a certification as required by Local Civ. R. 5.3, and any opposition thereto, and a revised proposed discovery confidentiality order that embodies the rulings and addresses the issues discussed during the telephone conference on January 31, 2008.  To this end, the parties are required to obtain a copy of the transcript of the January 31, 2008 the telephone conference.  Any objections to the terms of the proposed orders shall be set forth in footnotes to the provisions to which there is an objection;

IT IS FURTHER ORDERED that discovery shall proceed and documents shall be treated as if a discovery confidentiality order has been entered;

IT IS FURTHER ORDERED that defendants shall continue to produce documents on a rolling basis and the production shall be completed no later than **February 21, 2008;**

IT IS FURTHER ORDERED that the request to extend the deadline to file motions to amend pleadings or join parties is granted.  Said motions shall be filed no later than **March 14, 2008**; and

IT IS FURTHER ORDERED that all other deadlines shall remain unchanged.

    s/Patty Shwartz
    **UNITED STATES MAGISTRATE JUDGE**