UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN M. DEWEY, PATRICK DEMARTINO, APTRICIA ROMEO, RONALD B. MARANS and EDWARD O. GRIFFIN, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>VOLKSWAGEN AG, VOLKSWAGEN BETEILIGUNGS GESELLSCHAFT MBH, VOLKSWAGEN GROUP OF AMERICA, INC. (f/k/a VOLKWAGEN OF AMERICA, INC), AUDI AG, VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., AUDI OF AMERICA, LLC and VOLKSWAGEN DE MESICO, S.A. DE C.V.,<br><br>Defendants.<br><br>JACQUELINE DELGUERCIO, LYNDA GALLO, FRANCIS NOWICKI and KENNETH BAYER, Individually and on behalf of All others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC., VOLKSWAGEN OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., VOLKSWAGEN AG, AUDI AG, VOLKSWAGEN DE MEXICO, S.A. DE C.V. and ABC ENTITIES I-20<br><br>Defendants. | Case No.:<br>07-CV-2249-FSH-PS<br>07-CV-2361-FSH-PS<br>(CONSOLIDATED)<br><br>**OBJECTION TO PROPOSED SETTLEMENT, OBJECTION TO ATTORNEYS' FEES REQUEST, NOTICE OF INTENTION TO APPEAR, AND REQUEST TO SPEAK AT THE HEARING** |

I, Daniel Sibley, declares under penalty of perjury under the laws of the United States and New Jersey that the following statements are true and correct.

 (a) I am a member of the class;

 (b) I am the current owner of an Audi VIN: WAUDF78ex7a040564

 (c) I received a letter from Audi of America, Inc. with a bar code of 46490186-0051710 advising me of a revised maintenance schedule - Sunroom Drain inspection and Cleaning.

 (d) I received notice of the purposed settlement in the mail.

 (e) I object to the proposed settlement in Cause No. 07-CV-2249-FSH-PS and Cause No. 07-CV-2361-FSDH-PS.

First, I object to the small amount of monetary compensation available and the limited nonmonetary benefits available to other class members. Second, I object to the amount being paid to the attorneys as being excessive compared to the benefits to the class. I also incorporate in my objection those of any other objector in this case.

I reserve the right to hire an attorney.

*Daniel Sibley*
Daniel Sibley
5623 Martel Ave.
Dallas, TX 75206-5619
Telephone: 214-207-4227

## Certificate of Service

I hereby certify that a copy of the above and foregoing document has been served upon the following by regular mail delivery on June 11, 2010:

Patty Schwartz
United States District Court
2 Federal Square
P.O. Box 999
Newark, NJ 07102

Mazie Slater Katz & Freeman, LLC
103 Eisenhower Parkway
Roseland, NJ 07068

Shoengold & Sporn, P.C.
19 Fulton Street, Suite 407
New York, NY 10038

Chase Kurshan Herzfeld & Rubin, LLC
354 Eisenhower Parkway
Livingston, NJ 07039

Water Ingress Administrator
P.O. Box 2298
Faribault, MN 55021-2433

_Daniel Sibley_
Daniel Sibley